IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION** | Master Docket No.: 1:14-cv-1748 |
| This document relates to: **DARYEL DUHAIME**, Plaintiff, v. **ABBVIE INC.**, *et al.*, Defendants. | Case No.: 1:16-cv-10344<br>Judge: Hon. Matthew F. Kennelly<br>**SUGGESTION OF DEATH** |

To:  All Counsel of Record

Please take notice that Plaintiff Daryel Duhaime died on November 18, 2017. Plaintiff will file a substitution of parties pursuant to Rule 25(A).

February 2, 2018.	Respectfully Submitted,

	*/s/ James G. O'Brien*
	James G. O'Brien (Ohio 0088460, Cal. 308239)
	ZOLL & KRANZ, LLC
	6620 W. Central Ave., Suite 100
	Toledo, OH 43617
	Tel.    (419) 841-9623
	Fax    (419) 841-9719
	Email  jim@toledolaw.com

	*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I transmitted a true and accurate copy of the foregoing **Suggestion of Death** upon:

Katherine Unger Davis
Dechert LLP
2929 Arch Street
Cira Centre
Philadelphia, PA 19104-2808
(215) 994-2015
Email: katherine.davis@dechert.com

*Counsel for AbbVie Inc., Abbott Laboratories, AbbVie Products LLC, and Unimed Pharmaceuticals, LLC,*

Andrew Keith Solow
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
(212) 836-7740
Email: andrew.solow@apks.com

*Counsel for Endo Pharmaceuticals, Inc., Auxilium Pharmaceuticals, Inc., and GlaxoSmithKline, LLC*

by filing a copy on the Court's electronic filing system on this date.

February 2, 2018.　　　　　　　　　/s/ James G. O'Brien
　　　　　　　　　　　　　　　　　James G. O'Brien (Ohio 0088460, Cal. 308239)